**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ALICIA ROJAS AND PAMELA PERALES GAUNA,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.: 4:25-cv-00165** |
| | § | |
| **SIDNEY MCLENDON AND CARGILL MEAT LOGISTICS SOLUTIONS, INC.,** | § | |
| | § | |
| **Defendants.** | | |

**<u>DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Sidney McLendon and Cargill Meat Logistics Solutions, Inc. provide the following information:

**1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:**

Defendant Cargill Meat Logistics Solutions, Inc. ("CMLS") is a citizen of Kansas, as it is a Kansas corporation with a principle place of business in Kansas. Defendant CMLS states that it is a wholly owned subsidiary of parent corporation Cargill Meat Solutions Corporation. Cargill Meat Solutions Corporation is a Delaware corporation with its principle place of business in Kansas, rendering it a citizen of Delaware and Kansas. Cargill, Incorporated is the parent of Cargill Meat Solutions Corporation and is not publicly traded. Cargill, Incorporated is a Delaware corporation with its principle place of business in Minnesota, rendering it a citizen of Delaware and Minnesota. No publicly-held entity owns 10% or more of the stock of CMLS.

**2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

a. Plaintiff – Alicia Rojas

b. Plaintiff – Pamela Perales Gauna

c. Counsel for Plaintiffs:

Andrew Vrankovic
State Bar No. 24113098
Ben Abbott & Associates, PLLC
eService@benabbott.com
1934 Pendleton Drive
Garland, TX 75041
Telephone: (972) 263-5555
Facsimile: (972) 682-7586

d. Defendant – Cargill Meat Logistics Solutions, Inc.

e. Defendant – Sidney McLendon

f. Counsel for Defendants:

Kristen L. Perry
State Bar No. 24090015
kristen.perry@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Ave., Suite 1700
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)

Respectfully Submitted,

*<u>/s/ Kristen L. Perry</u>*

KRISTEN L. PERRY
State Bar No. 24090015
kristen.perry@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Ave., Suite 1700
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on February 16, 2026.

*/s/ Kristen L. Perry*
KRISTEN L. PERRY