CV-2025-03595

Filed: 9/11/2025 9:42 AM
Juli Luke
Denton County Clerk
By: Lois Thompson, Deputy

CAUSE NO.____________________

| | |
|---|---|
| ALICIA ROJAS AND PAMELA PERALES GAUNA,<br>Plaintiffs, | IN THE COUNTY COURT |
| v. | AT LAW NO. _____ |
| SIDNEY MCLENDON AND CARGILL MEAT LOGISTICS SOLUTIONS, INC.,<br>Defendants. | DENTON COUNTY, TEXAS |

# PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, ALICIA ROJAS AND PAMELA PERALES GAUNA, Plaintiffs, and file Plaintiffs' Original Petition, complaining of Defendants, SIDNEY MCLENDON AND CARGILL MEAT LOGISTICS SOLUTIONS, INC., Defendants, and would show unto the Court as follows:

## I. DISCOVERY PLAN

1. This suit is governed by discovery control plan I under Rule 190.2 of the Texas Rules of Civil Procedure.

## II. PARTIES

2. Plaintiff, ALICIA ROJAS, is an individual who resides at 2120 El Dorado Way, Carrollton, Dallas County, Texas TX 75006.

3. Plaintiff, PAMELA PERALES GAUNA, is an individual who resides at 2262 Valley Mill, Carrollton, Dallas County, TX 75006.

4. Defendant, SIDNEY MCLENDON, is an individual who resides at 2762 Bowdon Tyus Road, Bowdon, Carroll County, GA 30108, and may be served with process at that address. Citation is requested for this Defendant and service will be completed by a private process server.

5. Upon information and belief, Defendant, CARGILL MEAT LOGISTICS SOLUTIONS, INC., is an out of state corporation that may be served with process through its registered agent for service, United Agent Group Inc, at 5444 Westheimer #1000, Houston, TX 77056. Citation is requested for this Defendant and service will be completed by a private process server.

## III. JURISDICTION & VENUE

6. The Court has continuing jurisdiction over Defendants, because Defendant, Sidney McLendon, committed a tort within the State of Texas, and Defendant, Cargill Meat Logistics Solutions, Inc., maintains substantial and continuing contacts with the State of Texas. The Court has jurisdiction over the controversy, because the damages are within the statutory jurisdictional limits of the Court.

7. Venue is proper in Denton County, Texas, because all or a substantial part of the events or omissions giving rise to the claim occurred in Denton County.

## IV. FACTS

8. This lawsuit results from an automobile collision that occurred on or about January 1, 2025, at Highway 35 in Lewisville, Denton County, Texas. Plaintiff, Pamela Perales Gauna, was a passenger in a vehicle driven by Plaintiff, Alicia Rojas. Plaintiffs were traveling southbound on Highway 35. Defendant, Sidney McLendon was traveling in the adjacent lane to Plaintiff's vehicle. Defendant, Sidney McLendon, failed to be attentive, failed to control speed, and rear-ended Plaintiff's vehicle as she was attempting to merge lanes. At the time of the collision, Defendant, Sidney McLendon, was acting in the course and scope of his employment with Defendant, Cargill Meat Logistics Solutions, Inc. As a result of the impact, Plaintiffs suffered bodily injury and loss of earning capacity.

## V. NEGLIGENCE

9. Defendant, Sidney McLendon, and Defendant, Cargill Meat Logistics Solutions, Inc., vicariously, had a duty to exercise ordinary care and operate the vehicle reasonably and prudently and failed to do so. Defendants' were negligent in at least the following respects:

a. Failure to maintain a proper lookout;

b. Failure to make such application of the brakes as a person using ordinary care would have made;

c. Failure to maintain proper control of the vehicle under the conditions then and there existing;

d. Failure to turn the vehicle to the right or left to avoid the collision;

e. Traveling at an unsafe speed; and

f. Failure to maintain an adequate distance between the vehicle and the vehicle driven by Plaintiff.

## VI. RESPONDEAT SUPERIOR

10. At the time of the accident, Defendant, Sydney McLendon, was the agent, servant, and employee of Defendant, Cargill Meat Logistics Solutions, Inc., and was acting within the scope of his authority as such agent, servant, and employee. Defendant, Cargill Meat Logistics Solutions, Inc., is liable to Plaintiffs for the negligence of Defendant, Sydney McLendon, under the common law doctrine of *respondeat superior*.

## VII. DAMAGES

11. As a proximate result of Defendants' negligence, Plaintiffs suffered bodily injury and loss of earning capacity. Plaintiffs suffered the following damages:

a. Physical pain and mental anguish in the past and future;

b. Medical expenses in the past and future;

c. Physical impairment; and

d. Loss of earning capacity.

## VIII. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, ALICIA ROJAS AND PAMELA PERALES GAUNA, respectfully request that Defendants , SIDNEY MCLENDON AND CARGILL MEAT LOGISTICS SOLUTIONS, INC., be cited to appear and answer, and on final trial, that Plaintiffs have judgment against Defendants for:

a. Actual damages;

b. Prejudgment and post-judgment interest as allowed by law;

c. Costs of suit;

d. Monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorney's fees and costs; and

e. Any further relief, either in law or equity, to which Plaintiff is justly entitled.

## IX. RULE 193.7 NOTICE

Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiffs give notice that documents produced by any party to this case may be used at any pretrial proceeding or at the trial of this matter.

Respectfully submitted,

Ben Abbott & Associates, PLLC
1934 Pendleton Drive
Garland, TX 75041
(972) 263-5555
(817) 263-5555
(972) 682-7586 Facsimile
eService@benabbott.com

***/s/ Andrew Vrankovic***

___________________________

by: Andrew Vrankovic
State Bar No. 24113098

ATTORNEYS FOR PLAINTIFFS

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

JALISE NAJERA on behalf of Andrew Vrankovic
Bar No. 24113098
jalise.najera@benabbott.com
Envelope ID: 105484090
Filing Code Description: Petition
Filing Description:
Status as of 9/11/2025 10:41 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ben Abbott | | eService@benabbott.com | 9/11/2025 9:42:18 AM | NOT SENT |

Cargill Meat Logistics
5444 Westheimer #1000
Houston, TX 77056

September 26, 2025

Sedgwick CMS*
P.O. Box 14459
Lexington, KY 40512

Re: Cause No. ***CV-2025-03595***; *ALICIA ROJAS AND PAMELA PERALES GAUNA v. SIDNEY MCLENDON AND CARGILL MEAT LOGISTICS SOLUTIONS, INC.*; In the County Court at Law No. 2, Denton County, Texas
Date of Incident: 1/1/2025

Dear Sir or Madam:

I have been sued and formally served in the above-referenced lawsuit in Denton County, Texas. I am informed by the attorneys representing Plaintiff that a judgment may be taken against me if I do not respond to the lawsuit in any way.

My claim number is ***4A25015L5730001.***

Please hire a lawyer to file an answer in this lawsuit so that a default judgment will not be taken against me. Thank you.

Sincerely,

Cargill Meat Logistics

**BEN ABBOTT & ASSOCIATES, PLLC**
**ATTORNEYS AT LAW**

**BEN ABBOTT**

**LESLEY HOLLOWAY**
Managing Partner

**1934 PENDLETON DRIVE**
**GARLAND, TX 75041**
**Hours: Monday - Friday, 8am - 5pm**

**TELEPHONE: (972) 263-5555**

**PRE-LIT FAX: (214) 635-5949**
**LIT FAX: (972) 682-7586**
**eService@benabbott.com**

JOSHUA HANCOCK
ANDREW VRANKOVIC
ROGELIO GUERRERO
BLANCA MILAN
CHRISTOPHER GRANT
MARK INGLE
TIM LACY
JOHN ANDREWS
ADAM VAN CLEAVE

September 26, 2025

Cargill Meat Logistics
5444 Westheimer #1000
Houston, TX 77056

Re: Cause No. ***CV-2025-03595***; *ALICIA ROJAS AND PAMELA PERALES GAUNA v. SIDNEY MCLENDON AND CARGILL MEAT LOGISTICS SOLUTIONS, INC.*; In the County Court at Law No. 2, Denton County, Texas
Our Client: ***ALICIA ROJAS AND PAMELA PERALES GAUNA***
Date of Incident: 1/1/2025
Our File No.: ***278037***

Dear Cargill Meat Logistics:

This office represents ***ALICIA ROJAS AND PAMELA PERALES GAUNA*** for personal injuries incurred as a result of an incident which occurred on 1/1/2025.

The documents you received on this date served as formal notice to you of the lawsuit naming you as Defendant. If you do not file an answer in this case and/or respond in any way, a judgment will be taken against you at which time you will have to pay all costs of the judgment and/or have your driver's license suspended.

Enclosed with this letter is a letter to your insurance company notifying them of the lawsuit against you. As your insurance carrier, they should provide a defense and/or represent you in this matter. ***You are encouraged to send to them the letter that I have enclosed and contact the assigned adjuster .***

Thank you for your prompt attention to this matter.

Very truly yours,

***/s/ Aileen Lopez***

Aileen Lopez
Legal Assistant

Encls.
278037

Cargill Meat Logistics
5444 Westheimer #1000
Houston, TX 77056

OCT 0 3 2025