**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ALICIA ROJAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00165-RWS |
| | § | |
| SIDNEY MCLENDON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The Court has received Defendants Sidney McLendon and Cargill Meat Logistics Solutions, Inc.'s Notice of Removal (Docket No. 1) and therefore enters the following Order and Advisory.

The Federal Rules of Civil Procedure do not require parties to replead following removal. FED. R. CIV. P. 81(c)(2). However, the parties should note the different pleading standards in state and federal court. In particular, Federal Rule of Civil Procedure 8(b) mandates that a defending party admit or deny each allegation against it. Also, Federal Rule of Civil Procedure 9 sets forth heightened pleading requirements for certain matters.

In the interest of efficient management of its docket, the Court **ORDERS** the parties to replead as necessary to comply with the Federal Rules of Civil Procedure and the Court's Local Rules.[1] Plaintiffs Alicia Rojas and Pamela Gauna's amended complaint, if any, is due **thirty (30) days** from the entry of this Order. Defendants' amended answer is due **twenty (20) days** from receipt of any amended complaint. Any prior deadline for Defendants' answer shall be extended to the date set by this order.

[1]The Court's Local Rules are available through the Court's website, at http://www.txed.uscourts.gov.

The Court also directs the parties' attention to Eastern District of Texas Local Rule CV-7. While the parties should be familiar with all the federal and local rules, the Court points to this rule specifically as it renders moot all motions urged prior to removal. Accordingly, the Court will only consider motions re-urged in this Court.

In the event that Plaintiffs file a timely motion for remand, the deadlines set forth in this order are suspended pending resolution of the motion. If the Court denies the motion to remand, Plaintiffs' amended complaint will be due **thirty (30) days** from the date the order is signed.

**So ORDERED and SIGNED this 19th day of February, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE