**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ALICIA ROJAS, *et al.*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | **CASE NO.: 4:26-CV-00165-RWS** |
| **SIDNEY MCLENDON, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

**JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER, AGREED DISCOVERY ORDER, AND AGREED PROTECTIVE ORDER**

Pursuant to the Court's Order [Dkt. 7], Defendants Sidney McLendon and Cargill Meat Logistics Solutions, Inc. ("CMLS") and Plaintiffs Alicia Rojas and Pamela Perales Gauna request the Court enter the joint proposed docket control order (attached hereto as **Exhibit A**) and joint proposed discovery order (attached hereto as **Exhibit B**). The parties further have determined that a protective order is necessary to facilitate document disclosure and request the Court enter the joint proposed protective order (attached hereto as **Exhibit C**). Counsel for the parties have met and conferred with regard to all proposed orders included herein.

The parties do not believe a scheduling conference is necessary at this time.

**PRAYER**

For the reasons stated, Defendants Sidney McLendon and CMLS and Plaintiffs Alicia Rojas and Pamela Perales Gauna respectfully request that the Court enter the attached joint proposed docket control order, joint proposed discovery order, and joint proposed protective order.

Respectfully Submitted,

*/s/ Kristen L. Perry*

KRISTEN L. PERRY
ATTORNEY-IN-CHARGE
State Bar No. 24090015
kristen.perry@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Ave, Suite 1700
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)
**ATTORNEY FOR DEFENDANTS**

AND

*/s/ Andrew Vrankovic (w/ permission)*

Andrew Vrankovic
State Bar No. 24113098
BEN ABBOTT & ASSOCIATES, PLLC
1934 Pendleton Drive
Garland, Texas 75041
Telephone: (972) 263-5555
Facsimile: (972) 682-7586
eService@benabbot.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served to all counsel of record in accordance with the Federal Rules of Civil Procedure on April 20, 2026 via ECF notification.

*/s/ Kristen L. Perry*
KRISTEN L. PERRY

## CERTIFICATE OF CONFERENCE

Counsel for the parties have complied with the meet and confer requirement in Local Rule CV-7(h) and this joint motion is unopposed.

*/s/ Kristen L. Perry*
KRISTEN L. PERRY