**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ALICIA ROJAS, *et al.*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CASE NO.: 4:26-cv-00165-RWS** |
| **v.** | § | |
| | § | |
| **SIDNEY MCLENDON, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS' NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE**

Defendants Sidney McLendon and Cargill Meat Logistics Solutions, Inc., pursuant to Local Rule CV-11(a)(1), hereby designate Kristen L. Perry as their attorney-in-charge in the above-noted action.

Dated: April 21, 2026

Respectfully Submitted,

*/s/ Kristen L. Perry*
KRISTEN L. PERRY
ATTORNEY-IN-CHARGE
State Bar No. 24090015
kristen.perry@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Ave., Suite 1700
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on April 21, 2026.

*/s/ Kristen L. Perry*
KRISTEN L. PERRY