**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ALICIA ROJAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00165-RWS |
| | § | |
| SIDNEY MCLENDON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the parties' Joint Motion for Entry of Agreed Docket Control Order, Agreed Discovery Order, and Agreed Protective Order. Docket No. 10. After review, the motion (Docket No. 10) is **GRANTED.**

Furthermore, in setting the scheduling conference, the Court explained that it may enter the parties' proposed orders and cancel the scheduling conference. Docket No. 7. Based on the parties' submissions, the Court finds that a scheduling conference is unnecessary in this case. Accordingly, it is

**ORDERED** that the scheduling conference previously scheduled for April 28, 2026 is **CANCELLED**. It is further

**ORDERED** that the parties' Joint Motion for Entry Agreed Docket Control Order, Agreed Discovery Order, and Agreed Protective Order (Docket No. 10) is **GRANTED**.

**So ORDERED and SIGNED this 22nd day of April, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE