**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ALICIA ROJAS and PAMELA PERALES GAUNA,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.:** |
| **v.** | § | **4:26-CV-00165-RWS** |
| | § | |
| **SIDNEY MCLENDON and CARGILL MEAT LOGISTICS SOLUTIONS, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

**NOTICE OF APPEARANCE OF HAYDEN BROWN**

TO THE HONORABLE U.S. DISTRICT COURT JUDGE:

Please take notice that Hayden Brown of Faegre Drinker Biddle & Reath LLP represents and hereby enters his appearance as counsel for Defendants Sidney McLendon and Cargill Meat Logistics Solutions, Inc. in the above-captioned civil action.

Respectfully Submitted,

*/s/ Hayden Brown*
KRISTEN L. PERRY
State Bar No. 24090015
kristen.perry@faegredrinker.com
HAYDEN BROWN
State Bar No. 24120726
hayden.brown@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Avenue, Ste. 1700
Dallas, Texas 75201
(469) 357-2500
(469) 327-0860 (fax)

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served to all counsel of record in accordance with the Federal Rules of Civil Procedure on June 23, 2026.

*/s/ Hayden Brown*
HAYDEN BROWN